CENTER FOR DISABILITY ACCESS
Prathima Price, Esq., SBN 321378
Naomi Butler, Esq., SBN 332664
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Email: naomib@potterhandy.com
Attorneys for Plaintiff

LEWIS BRISBOIS BISGAARD & SMITH LLP
SHANE SINGH, SB# 202733
E-Mail: Shane.Singh@lewisbrisbois.com
GRACE E. MEHTA, SB# 327676
E-Mail: Grace.Mehta@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444
Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **Orlando Garcia**,<br><br>     Plaintiff,<br><br>v.<br><br>**Lucky Enterprises, Inc.**, a California Corporation<br><br>     Defendants | Case No.: 4:21-cv-04917-JSW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO**<br>**F.R.CIV.P. 41 (a)(1)(A)(ii)** |

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

Dated: January 30, 2023                    CENTER FOR DISABILITY ACCESS

                                           By: /s/ Naomi Butler
                                           Naomi Butler, Esq.
                                           Attorneys for Plaintiff

Dated: January 30, 2023                    LAW OFFICE OF LEWIS BRISBOIS BISGAARD
                                           & SMITH LLP


                                           By: /s/ Shane Singh
                                           Shane Singh, Esq.
                                           Attorneys for Defendant

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Shane Singh and that I have obtained his authorization to affix their electronic signature to this document.

Dated: January 30, 2023                CENTER FOR DISABILITY ACCESS

By: /s/ Naomi Butler
Naomi Butler, Esq.
Attorneys for Plaintiff